# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Professional Analytical and Consulting Services, Inc. ) | ASBCA No. 60148 |
| ) | |
| Under Contract No. W9113M-09-C-0189 ) | |

APPEARANCES FOR THE APPELLANT:  Doug P. Hibshman, Esq.
Nicholas T. Solosky, Esq.
Fox Rothschild, LLP
Washington, DC

APPEARANCES FOR THE GOVERNMENT:  E. Michael Chiaparas, Esq.
DCMA Chief Trial Attorney
Wayne J. Bober, Esq.
Trial Attorney
Defense Contract Management Agency
Philadelphia, PA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated:  21 September 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60148, Appeal of Professional Analytical and Consulting Services, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals